IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| FELIX SANTANA CORDOVA | : | CASE NO. 23-40145-BEM |
| KRISTA RENEE CORDOVA, | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| CARMAX AUTO FINANCE, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| FELIX SANTANA CORDOVA AND | : | |
| KRISTA RENEE CORDOVA, Debtors; | : | |
| and K. EDWARD SAFIR, Trustee, | : | |
| | : | |
| Respondents. | | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Carmax Auto Finance (the "Movant"), a creditor of the referenced Debtors, and hereby moves this Court to deny confirmation of Debtors' Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On 02/03/2023, Felix Santana Cordova and Krista Renee Cordova ("Debtors") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $28,978.37 secured by a 2020 Ford Transit Connect (the "Collateral").

3.

Debtors' Chapter 13 Plan proposes to pay Movant's secured claim of $28,978.37 at 5.5%, with $200.00 payments per month in pre-confirmation adequate protection and $200.00 in

post-confirmation payments until November 2023, when payments will increase to $690.00.

4.

Debtors' proposed interest rate of only 5.5% is not *Till* compliant. It provides *no* risk factor over *prime* rate; rather, the risk factor is 2.25% subprime. The prime rate of interest was 7.75% the month this case was filed. *Till* suggests the appropriate interest rate in this case to be 11.75%. Accordingly, the plan cannot be confirmed without an interest rate of at least 11.75%.

5.

The Collateral is depreciating through use and over time and the Debtors are not adequately protecting Movant's interest in the Collateral. Debtors are not proposing an appropriate pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a)(1)(C).

Debtors' plan proposes to pay $200.00 monthly to Movant until November 2023. During this time, Debtors' counsel is set to receive $500.00 each month. This is bad faith in violation of 11 U.S.C. §1325(a)(3). Movant should receive no less than $370.00 per month in adequate protection payments prior to any step increase.

Any increase in pre-confirmation adequate protection payments must be effectively retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount sufficient to compensate for the difference in adequate protection previously disbursed by the Trustee and the amount to which Movant is entitled).

6.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtors bear the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

7.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3). Movant is the primary secured creditor listed in the Plan. Debtors appear to be using this case solely to refinance this vehicle.

8.

Movant has no proof of full coverage insurance on the Collateral and is therefore not

adequately protected.

    WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

    This March 16, 2023.

                       The Law Office of
                       LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                       Attorneys for Movant

                       By:   /s/Philip L. Rubin
                         Philip L. Rubin
                         Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| FELIX SANTANA CORDOVA | : | CASE NO. 23-40145-BEM |
| KRISTA RENEE CORDOVA | : | |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |
| CARMAX AUTO FINANCE, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| FELIX SANTANA CORDOVA AND | : | |
| KRISTA RENEE CORDOVA, Debtors; | : | |
| and K. EDWARD SAFIR, Trustee, | : | |
| | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Felix Santana Cordova
Krista Renee Cordova
3076 Dogwood Valley Rd
Tunnel Hill, GA 30755-7902

Dan Saeger
706 S Thornton Ave Suite D
Dalton, GA 30720

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303

    This March 16, 2023.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By:  /s/Philip L. Rubin
          Philip L. Rubin
          Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com