```
             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                     ROME DIVISION

IN RE: FLEX SANTANTA CORDOVA AND    {  CHAPTER 13
       KRISTA RENEE CORDOVA,        {
                                    {
       DEBTOR(S)                    {  CASE NO. R23-40145-BEM
                                    {
                                    {  JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. Section 3.2 of the amended plan filed May 15, 2023 should clarify the value of collateral and amount of secured claim of First Heritage Credit as the amounts are conflicting.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                       _____/s/_____
                       Sonya Buckley Gordon, Attorney
                       for Chapter 13 Trustee
                       GA Bar No. 140987
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R23-40145-BEM

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

FELIX SANTANA CORDOVA
3076 DOGWOOD VALLEY ROAD
TUNNEL HILL, GA 30755-7902

KRISTA RENEE CORDOVA
3076 DOGWOOD VALLEY ROAD
TUNNEL HILL, GA 30755-7902


Respectfully submitted,


This 17th day of May, 2023

_____/s/_____
Sonya Buckley Gordon, Attorney
For Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com